AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) |
| v. | ) |
| Braden Williams | ) Case No. 23-mj- |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*Braden Williams*
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2261A(2) (cyberstalking)

Date: 05/17/2023

*Lynne A. Sitarski*

City and state: Philadelphia, Pennsylvania

The Hon. Lynne A. Sitarski, U.S. Magistrate Judge

### Return

This warrant was received on (date) 5/18/23, and the person was arrested on (date) 5/17/23
at (city and state) San Francisco, CA

Date: 5/18/23

*[signature]*
Audrey Heylmann, Special Agent