AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA Anthony Carissimi)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Braiden Williams | ) | Case No. 23-mj- |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Braiden Williams,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2261A(2) (cyberstalking)

Date: 05/17/2023

/s/ Lynne A. Sitarksi
*Issuing officer's signature*

City and state: Philadelphia, Pennsylvania

The Hon. Lynne A. Sitarski, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/18/23, and the person was arrested on *(date)* 5/17/23
at *(city and state)* San Francisco, CA.

Date: 5/18/23

*Arresting officer's signature*

Audrey Heylmann, Special Agent
*Printed name and title*